No. 88–867.  WILLNER v. UNIVERSITY OF KANSAS.  C. A. 10th Cir.  Certiorari denied.

No. 88–869.  EVANS v. UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 88–881.  VON MARSCHNER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 88–882.  BOSSELAIT ET AL. v. NEW HAMPSHIRE DEPARTMENT OF EMPLOYMENT SECURITY ET AL.  Sup. Ct. N. H.  Certiorari denied.

No. 88–883.  MORALES v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 88–890.  ROACH v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 88–900.  KERR v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 9th Cir.  Certiorari denied.

No. 88–911.  CEGELKA v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 88–917.  KAGANOVE v. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 88–930.  CUSUMANO ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 88–937.  ROSENGARTEN ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 88–5035.  O'CONNELL v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 88–5176.  ROYSTER v. MCMACKIN, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION.  C. A. 6th Cir.  Certiorari denied.

No. 88–5182.  ALLEN v. MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY.  C. A. 6th Cir.  Certiorari denied.

No. 88–5332.  WILLIAMS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.